COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jose C. Santos v. The State of Texas

Appellate case number:    01-22-00355-CR

Trial court case number:   18-05-16434

Trial court:             506th District Court of Waller County

Appellant, Jose C. Santos, has filed a "Motion to Substitute Counsel," requesting that Niles S. Illich of Scott H. Palmer, P.C. be substituted as his counsel of record in this appeal. According to the motion, Lee Van Richardson Jr. was appointed to represent appellant by the trial court. However, the motion represents that "[a]ppellant wishes to have Mr. Illich represent him in this appeal."

Accordingly, the motion requests that Niles S. Illich be substituted in place of Lee Van Richardson Jr. as appellant's counsel on appeal. *See* TEX. R. APP. P. 6.5(d).

The motion does not state that appellant conferred with the State regarding the requested relief. However, more than ten days have passed, and the State has not opposed the motion. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**. *See* TEX. R. APP. P. 6.5(d).

The Clerk of this Court is directed to note the substitution of Niles S. Illich of Scott Palmer, P.C. as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                 ☑ Acting individually    ☐ Acting for the Court

Date: ___June 2, 2022____